In the Matter of the Probate of the Will of HARRY W. WHITED, Deceased.

CHESTER WHITED et al., Appellants; JENNIE M. JENKINS et al., as Executors of HARRY W. WHITED, Deceased, Respondents.

(Argued January 2, 1935; decided January 22, 1935.)

*Ambrose C. Hindman* for appellants.
*Clarence Alexander* for respondents.

Order affirmed, with costs payable out of the estate to all parties filing briefs.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.